

Exhibit "A"
Page 1

# RIGHT-OF-WAY AND TRACK MAP

## HARTWELL RAILWAY COMPANY

OPERATED BY THE

## HARTWELL RAILWAY COMPANY

STATION 0+00 TO STATION 211+20
SCALE 1 IN = 400 FT   JUNE 30TH 1916

OFFICE OF SPECIAL ENGINEER
WASHINGTON, D.C.

