

Exhibit "C"