```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
2                        ATHENS DIVISION

3       _____
HARTWELL FIRST UNITED          :  Case No. 3:16-CV-169(CDL)
4  METHODIST CHURCH, INC.          :
              PLAINTIFF            :
5                                  :    February 9, 2017
                                   :
6  HARTWELL RAILROAD COMPANY,      :      Athens, Georgia
   INC., GREAT WALTON RAILROAD     :
7  COMPANY & HARTWELL RAILROAD     :
   COMPANY, INC.                   :
8              DEFENDANTS          :

9  _____

10              TRANSCRIPT OF EXCERPT TESTIMONY
               OF JONATHAN TALBOT COLEHOWER
11
            BEFORE THE HONORABLE CLAY D. LAND,
12         UNITED STATES DISTRICT JUDGE PRESIDING

13

14  APPEARANCES:

15  FOR THE PLAINTIFF:        WALTER JAMES GORDON, SR.
                              P.O. BOX 870
16                            HARTWELL, GA 30643
                              776-376-5418
17
    FOR THE DEFENDANTS:       MATTHEW D. WILLIAMS
18                            2215 PILGRIM MILL CIRCLE
                              CUMMING, GA 30041
19                            770-815-9331

20

21

22  _____

23              TAMMY W. DIROCCO, USCR
                      P.O. BOX 539
24              MACON, GA 31202-0539
                    (478-752-3497)
25
```

1          THE COURT:  Raise your right hand and take the oath.

2          COURTROOM DEPUTY:  Do you solemnly swear that your

3     testimony in this case shall be the truth, the whole truth, and

4     nothing but the truth, so help you God?

5          THE WITNESS:  I do.

6          THE COURT:  Sir, if you would just be seated in that

7     chair.  State your name for the record and spell it for the

8     court reporter.

9          THE WITNESS:  My name is Jonathan Talbot Colehower.

10    J-O-N-A-T-H-A-N, Talbot T-A-L-B-O-T, Colehower,

11    C-O-L-E-H-O-W-E-R (Spelling).

12          THE COURT:  Mr. Williams?

13                    JONATHAN TALBOT COLEHOWER

14          Witness having been duly sworn, testifies on

15                        DIRECT EXAMINATION

16    BY MR. WILLIAMS:

17    Q    Mr. Colehower, thank you for coming today.  Sorry you

18    had to wait so long, we appreciate it.  What do you do for a

19    living?

20    A    So, I am the President and CEO at Quality Holdings.

21    Q    And what is your basic education and business

22    background, very quickly?

23    A    So, I graduated from business school at Vanderbilt

24    and I spent the next eight years or so in management consulting

25    at Accenture, I was then in the software business.  Always

1   around supply chain and manufacturing at Oracle for five years,

2   and then I was the CEO of a software company up in Boston for a

3   few years, and then I was with a management consulting firm,

4   McKenzie and Company, for several years and then just recently

5   I was the chief marketing officer for Manhattan Associates

6   which is a software company based in Atlanta, Georgia.

7       Q   So, tell us about Quality Holdings, please.

8       A   Yep.  Quality Holdings is a business that has been

9   active for probably 20 years.  It is based in Hartwell,

10   Georgia.  It was recently sold by the owner, his name was Tom

11   Habel.  Tom Habel sold the business to a private equity firm

12   named Jordan-Blanchard Capital out of Columbus, Georgia, and

13   they were looking for somebody to run the business is how I met

14   up with Jordan-Blanchard in March of 2016 and became the CEO in

15   May of 2016.

16       Q   And what kind of products do y'all make?

17       A   Yep.  Our business, we have several different types

18   of business, but the primary business is in rotational molding,

19   so, it's essentially the plastics business.  And we are a

20   contract manufacturer for companies that manufacture

21   rotationally molded products.  So, if you think about an empty

22   tank on the back of a John Deere tractor, a plastic tank on the

23   back of a John Deere tractor, that's something that would be

24   rotationally molded.  The requirements are typically it needs

25   to be light weight, it needs to be very durable, it needs to be

1  waterproof.  So those are some of the things that kind of make
2  it distinctive as a rotationally molded product.
3       Q    And what kind of raw materials do you use?
4       A    So, 80 percent of our raw material is from what they
5  call LLDPE, which is a polyethylene substance that are these
6  pellets.  This is what we receive in the rail cars that arrive
7  at our facility.  So it's these pellets that are then
8  pulverized into a powder that looks -- well it is -- this is an
9  example of the powder that we pulverize, and then that powder
10 is then essentially colored and then we put it into a cast
11 aluminum mold and that cast aluminum mold is then --
12 essentially it rotates in a large oven.  And when it rotates
13 the polyethylene melts, covers the inside of the mold, for say
14 15 minutes we will cook it, and then you pull it out, cool it
15 down and then you remove the part from the mold.  That
16 represents about 80 percent of what we do.
17      Q    You brought a sample of a finished product?
18      A    I did.
19      Q    If you would just, please, show the Judge?
20      A    Okay.  This was the smallest example that I could
21 find.  We typically make fairly large products.  This is called
22 a rocking horse feeder.  So most people that own horses will
23 tell you that horses should eat from the ground, not up high.
24 So this is called a rocking horse feeder.  It sits on the
25 ground, it doesn't tip over and it serves that purpose.

1    The reason I brought this one is because a lot of our

2    customers are entrepreneurs.  They have an idea, they want to

3    bring it to market, and that's an example of a woman who is an

4    entrepreneur out of Florida, had the idea and we've been

5    manufacturing those for her for five years.

6    Q    How many people do you employ at the plant?

7    A    So, we fluctuate because our business is somewhat

8    seasonal.  The peak for 2016 was a hundred -- right around

9    hundred employees.

10   Q    And how has your business grown since you have taken

11   over?

12   A    So, in 2016 the top line revenue was up by 20 percent

13   and the EBITA, the earnings before taxes and interest, was up

14   40 percent.  So we're a 10 million dollar business in 2016,

15   and my forecast for 2017 is that we'll be somewhere around

16   12 million.

17   Q    And how is that going to affect your need for rail

18   service?

19   A    Well, it will increase for sure.  That's the largest

20   input to our process.

21   Q    So, you get your raw material by rail?

22   A    Correct.

23   Q    And how much product or how much material is in a

24   single rail car?

25   A    Two-hundred thousand pounds.

1      Q    And how would changing to truck affect your business?

2      A    So, one of the nice things about the product that we

3 buy is this polyethylene, these pellets, are a commodity.  So

4 anybody can look out on the web and find out what the price is

5 on any given day.  So, right now we pay 72 cents per pound.  If

6 I were to do that by truck that would be 80 cents a pound.  So

7 it's about a 10 percent cost reduction -- cost advantage that

8 we have by being on the rail spur.

9      Q    And how many cars did you get in 2016?

10      A    Twenty-one in the year.

11      Q    And what is your forecast for 2017?

12      A    I'm expecting we'll have 25.

13      Q    And are there other opportunities that you're

14 exploring because you are rail served?

15      A    Yes.  We have -- I'm looking at two opportunities

16 right now.  We've got one rotational molding company, which is

17 located in Toccoa, Georgia, they've asked if we would

18 pulverize, essentially turn this into this (demonstrating) for

19 them because they don't have the capacity to do it.  They've

20 asked if we would do a million pounds.  So, last year we did

21 four million pounds and that would be an additional million on

22 top of that.

23      Q    And what role -- what was the significance of rail

24 service for your parent company when they shopped this

25 particular property?

1     A    Well, I think it was huge.  I mean, having the rail

2    spur gives you a cost advantage in the market.  I'd love to say

3    that our customers come to us because of our product quality or

4    our service, but there is no doubt that price is a huge factor

5    and having that price advantage gives us an advantage in the

6    market.

7     Q    And how would your business be impacted without rail

8    service?

9     A    A couple of ways.  One, would be that we would have a

10   price increase for sure.  Ten percent, at lease, price

11   increase, and that doesn't include all of the extra material

12   handling from what we do today.  So that would be an immediate

13   impact.  I would then have to figure out either how we're going

14   to make up that difference or how I can approach my customers

15   and ask them or basically tell them that we're going to have a

16   10 percent price increase.

17          The second would just be from an overall logistics

18   standpoint.  Bringing a rail car in for us is fairly

19   straightforward.  The rail car comes in, we connect a tube

20   underneath it, that tube automatically gets pulled in through a

21   vacuum into the pulverizer to produce this.  If we have to

22   start buying in a bulk truck, now I have to unload it, move the

23   material over to the pulverizer and then somehow get it up into

24   a gravity feed or some sort of a way to get it into the top of

25   the pulverizer.  So there are business process changes as well

1  as the economics.

2      Q    You're aware of the dispute that's going on between

3  the railroad and the Methodist Church.  How far is your plant

4  from the church?

5      A    A mile.  I don't know for sure.  I don't want to say

6  exactly.  I would say a mile, but I don't know exactly.

7      Q    Are you in favor of the railroad being able to

8  improve its service to you?

9          MR. GORDON:  Your Honor, I object to the question.

10          MR. WILLIAMS:  I'll withdraw it.

11          THE COURT:  All right.  I think he has covered the

12  essential information that I need to know.

13          MR. WILLIAMS:  I don't have anything further.  Thank

14  you very much.

15          THE COURT:  Cross examination.

16                      CROSS EXAMINATION

17  BY MR. GORDON:

18      Q    Mr. Colehower, just a very few questions.  You've

19  been able to handle your business and the dramatic increase

20  that you've had with your current rail service; is that

21  correct?

22      A    Yes, sir.

23      Q    And I believe that you testified that what you

24  anticipate doing was adding four cars in 2017?

25      A    That's my current forecast, yes.

1    Q    That would be to go from 21 cars to 25 cars?

2    A    Correct.

3    Q    And your current service is satisfactory; is that

4    right?

5    A    Correct.

6    Q    And all of the concerns that you have about moving

7    to truck that presumed that there was no rail service, correct?

8    A    Correct.

9    Q    So if you continue to have rail service, from your

10   perspective, you're fine, right?

11   A    Right.

12   Q    Thank you.

13        MR. GORDON:  That's all I have.

14        THE COURT:  Any redirect?

15        MR. WILLIAMS:  No redirect.  Thank you.

16        THE COURT:  All right, sir.  Thank you for coming.

17   You're excused.

18        We're going to take a lunch break.  As I told you

19   before I had this other hearing scheduled at 2:00 which is

20   obviously going to get bumped back.  I really think,

21   realistically, we're not going to get back to this until 3:00.

22   I hate to do that, but we need to take at least an hour for

23   lunch and then I think I can move that other hearing along

24   pretty quickly to get it done in 30 minutes.

25        How much more of these other witnesses; are they

1  going to be cumulative or is it going to be new stuff?

2          MR. WILLIAMS:  I expect both of them to be new stuff.

3          THE COURT:  And how any witnesses do you have?

4          MR. GORDON:  Judge, we have one and I anticipate 20

5  minutes.

6          THE COURT:  We are going to stay until as long as it

7  takes to finish today.

8          MR. WILLIAMS:  Well, I'm hopeful that the other

9  witnesses will be quicker then the ones this morning.

10         THE COURT:  I don't think you'll need to be back --

11 you can come back whenever you want -- but I don't think we're

12 going to get back to you until 3:00.  So, you'll just have to

13 take a long hour and a half lunch break.  The rest of us will

14 be in recess until 2:30.

15 (RECESS)

16

17

18                 (Proceedings recessed at 1:30 p.m.)

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

I, Tammy W. DiRocco, Federal Official Court Reporter, in and for the United States District Court for the Middle District of Georgia, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 15th day of February, 2017

_____
Tammy W. DiRocco CCR
Federal Official Court Reporter