

5 of 5 DOCUMENTS

FEDERAL REGISTER

[Finance Docket No. 31626]

*55 FR 12958*

April 6, 1990

Great Walton Railroad Co., d/b/a Hartwell Railroad Co. -- Trackage Rights Exemption -- Hartwell Railway Co.; Exemption

**TEXT:** Hartwell Railway Company has agreed to grant local trackage rights to Great Walton Railroad Company, doing business as Hartwell Railroad Company, between milepost 0.0, at Bowersville, GA, and milepost 10.5, at Hartwell, GA. The trackage rights were to become effective on March 21, 1990.

This notice is filed under *49 CFR 1180.2(d)(7)*. Petitions to revoke the exemption under *49 U.S.C. 10505*(d) may be filed at any time. The filing of a petition to revoke will not stay the transaction. Pleadings must be filed with the Commission and served on: John R. Molm, Candler Building, Suite 1400, 127 Peachtree Street, NE., Atlanta, GA 30303-1810.

As a condition to the use of this exemption, any employees affected by the trackage rights will be protected pursuant to *Norfolk and Western Ry. Co -- Trackage Rights -- BN, 354 I.C.C. 605 (1978)*, as modified in *Mendocino Coast Ry., Inc. -- Lease and Operate, 360 I.C.C. 653 (1980)*.

Dated: April 2, 1990.

By the Commission, Jane F. Mackall, Director, Office of Proceedings.

Noreta R. McGee,
Secretary.
[FR Doc. 90-7937 Filed 4-6-90; 8:45 am]

BILLING CODE 7035-01-M

Exhibit B