𝔖ecretary of 𝔖tate
𝔅usiness 𝔖ervices and 𝔑egulation
𝔖uite 315, 𝔚est 𝔗ower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

CONTROL NUMBER: 9508049
EFFECTIVE DATE: 03/09/1995
COUNTY         : WALTON
REFERENCE      : 0091
PRINT DATE     : 03/09/1995
FORM NUMBER    : 0311

TROUTMAN SANDERS
NANCY L. BUCHANAN
600 PEACHTREE ST NE/ STE 5200
ATLANTA, GA 30308

## CERTIFICATE OF INCORPORATION

I, MAX CLELAND, Secretary of State and the Corporation Commissioner of the State of Georgia, do hereby certify under the seal of my office that

**HARTWELL RAILROAD COMPANY**

has been duly incorporated under the laws of the State of Georgia on the effective date stated above by the filing of articles of incorporation in the office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.

MAX CLELAND
SECRETARY OF STATE

VERLEY J. SPIVEY
DEPUTY SECRETARY OF STATE

| SECURITIES | CEMETERIES | CORPORATIONS | CORPORATIONS HOT-LINE |
|---|---|---|---|
| 656-2894 | 656-3079 | 656-2817 | 404-656-2222 |
| | | | Outside Metro-Atlanta |

Exhibit D