Georgia Administrative Code
Department 180. STATE BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS
Chapter 180-7. TECHNICAL STANDARDS FOR PROPERTY SURVEYS

*Current through Rules filed through February 8, 2017*

# Rule 180-7-.02. Land Titles and Location

(1) (a) Every parcel of land whose boundaries are surveyed by a land surveyor should be made conformable with the record title boundaries of such land. The land surveyor prior to making such a survey shall acquire the following prerequisite data: deeds, maps, certificates of title, centerline data, right of way data, adjacent descriptions, and other boundary line locations in the vicinity as necessary or available. The land surveyor shall compare and analyze all of the data obtained and make most nearly correct legal determination possible of the position of the boundaries of such parcel. He shall make a field survey traversing and connecting all available monuments appropriate or necessary for the location, and coordinate the facts of such survey with the pre-determined analysis. Not until then shall the monuments marking the corners or such parcel be set, and such monuments shall be set in accordance with the full and most satisfactory analysis obtainable. It shall be the responsibility of the land surveyor to evaluate conformity with adjacent tracts for overlaps and gores and to report the same on all maps, plats, and reports.

(b) In the event that the land surveyor determines that it is not possible to make the survey of a parcel of land conformable with the record title of such land or that it is not possible to coordinate the predetermined analysis with the field survey, the surveyor shall explain the reason for his determination and shall denote in indisputable language, the source and reason for the corners, lines, and/or areas as shown on the plat. Such reasons may include, but are not limited to, the following: Disputed, property lines or areas; possession lines; acquiescence; adverse possession; unrecorded deeds; proposed purchase (new parcels); dubious and nebulous deed descriptions; and any adverse claim. This paragraph shall not be construed in any way to allow the surveyor to evade his/her responsibilities under the law.

**Cite as Ga. Comp. R. & Regs. R. 180-7-.02**
**Authority:** Authority O.C.G.A. Secs. 15-6-67, 43-15-1, 43-15-2, 43-15-4, 43-15-6.
**History.** Original Rule entitled "Identification Number" adopted. F. and eff. June 30, 1965.
**Amended:** ER. 180-7-0.7-.02 entitled "Land Titles and Location" adopted. F. and eff. July 31, 1975.
**Amended:** Permanent Rule adopted. F. Nov. 4, 1975; eff. Nov. 24, 1975.
**Amended:** F. Aug. 9, 1990; eff. Aug. 29, 1990.
**Amended:** F. May 11, 2001; eff. May 31, 2001.
**Repealed:** New Rule of same title adopted. F. Feb. 25, 2008; eff. Mar. 16, 2008.